**FILED**
April 7, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )    Case No. 2:11-MJ-00101-DAD-3
         Plaintiff,              )
                                 )
v.                               )    ORDER FOR RELEASE OF
                                 )    PERSON IN CUSTODY
WENDY WENLI WONG,                )
                                 )
         Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WENDY WENLI WONG</u>, Case No. <u>2:11-MJ-00101-DAD</u>, Charge <u>Title 21 USC §§ 846, 841(a)(1), 856</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

✔    Bail Posted in the Sum of $ <u>50,000</u>

    ✔    Unsecured Appearance Bond

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond with Surety

    \_\_   Corporate Surety Bail Bond

    ✔    (Other)   <u>Unsecured bond to be secured within two weeks of today's date. With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 7, 2011</u> at <u>3:10</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge