UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 7, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>          Plaintiff,     )<br>v.     )<br>     )<br>WENDY WENLI WONG ,     )<br>     )<br>          Defendant.     ) | Case No. 2:11-MJ-00101-DAD-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WENDY WENLI WONG</u>, Case No. <u>2:11-MJ-00101-DAD</u>, Charge <u>Title 21 USC §§ 846, 841(a)(1), 856</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ <u>50,000</u>

        ✔    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

        ✔    (Other)    <u>Unsecured bond to be secured within two weeks of today's date. With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 7, 2011</u> at <u>3:10</u> pm .

By _____
Dale A. Drozd
United States Magistrate Judge